UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. GILBERT MONTANEZ        09-561 (WHW)        SBI# NJ232127D

## PETITION FOR WRIT OF HABEAS CORPUS

1. **GILBERT MONTANEZ**, (~~DOB: 10/27/1988~~), is now confined to **Mountainview Youth Correctional Facility**

2. GILBERT MONTANEZ, ~~DOB: 10/27/1988~~, SBI# NJ232127D will be required at the U.S. District Court, Newark, New Jersey, before the **Hon. William H. Walls,** U.S. District Sr. Judge on **Tuesday, Nov. 10th, 2009**, at **9:30 a.m.**, for a **plea hearing**.

A Writ of Habeas Corpus should be issued for that purpose

DATED: October 22, 2009
       Newark, NJ

BROOKE E. CAREY
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.
DATED: 2 November 2009

Hon. William H. Walls, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **Mountainview Youth Correctional Facility**
WE COMMAND YOU that you have the body of

GILBERT MONTANEZ, DOB: 10/27/1988, SBI# NJ232127D

now confined at the **Mountainview Youth Correctional Facility,** brought before the Newark, New Jersey 07102, so that he may appear at the **U.S. District Court**, MLK, Jr. Fed. Bldg. and Cthse., 50 Walnut St., Newark, New Jersey, before the **Hon. William H. Walls,** U.S. District Sr. Judge on **Tuesday, Nov. 10th, 2009**, at **9:30 a.m.**, for a **plea hearing** in the above-captioned matter and thereafter to be returned Essex County Correctional Facility under safe and secure conduct.

   WITNESS the Hon. William H. Walls
            United States District Sr. Judge
            Newark, New Jersey.

DATED: 11/2/2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
     Deputy Clerk