UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. Gilbert Montanez**   D/O/B [redacted]   SBI: 232127D

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. GILBERT MONTANEZ, (D/O/B [redacted]) is now confined at the Mountainview Youth Correctional Facility, 31 Petticoat Lane, Annandale, New Jersey 08801.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, Sr. Judge, United States District Judge, **on Monday, May 3rd, 2010, at 10:00 a.m.**, for **Trial Preparation**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: April 13th, 2010

_____
ROBERT FRAZER
ASSISTANT U.S. ATTORNEY

**ORDER**

Let the Writ Issue

DATED: 19 April, 2010

_____
HON. WILLIAM H. WALLS, SR. JUDGE
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Mountainview Youth Correctional Facility, Annandale, New Jersey

WE COMMAND YOU that you have the body of

**GILBERT MONTANEZ**

now confined at the Mountainview Youth Correctional Facility, be brought before the United States District Court, the Hon. William H. Walls, Sr. Judge, U.S. District Judge, in the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on May 3rd, 2010, at 10:00 a.m., so that he may appear for **Trial Preparation** in the above-captioned matter.

WITNESS the Honorable William H. Walls, Sr. Judge
United States District Judge
Newark, New Jersey

DATED: 4/16/2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk